[No. 6387–1.  Division One.  September 4, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN W. GUNTER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 78128, Carolyn R. Dimmick, J., entered February 9, 1978. *Affirmed* by unpublished opinion per James, J., concurred in by Farris and Andersen, JJ.

[No. 6487–1.  Division One.  September 4, 1979.]  -

THE STATE OF WASHINGTON, *Respondent,* v. JEFF HAWKINS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82769, Carolyn R. Dimmick, J., entered March 22, 1978. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Farris and James, JJ.

[No. 6637–1.  Division One.  September 4, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. GORDON LINDBO, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 78–2–01143–6, Robert C. Bibb, J., entered June 1, 1978. *Affirmed* by unpublished opinion per Williams, J., concurred in by Farris and Andersen, JJ.

[No. 6759–1.  Division One.  September 4, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. RONNIE BECK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84981, Eugene G. Cushing, J., entered July 12, 1978. *Affirmed* by unpublished opinion per Williams, J., concurred in by Farris and Dore, JJ.